# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-90013-B ; 23-90014 -B
Case Style: Gawain Baxter, et al v. David Miscavige, et al
District Court Docket No: 8:22-cv-00986-TPB-JSS

Consolidation
Pursuant to FRAP 3(b)(2) and 11th Cir. R. 12-2, and absent any party filing written objections within 14 days, this case will be consolidated with:

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135     Capital Cases:               404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument: 404-335-6141

CLKCONS-1 Appeal Clerically Consolidated