# ELEVENTH CIRCUIT NOS. 23-90013, 23-90014

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**Gawain Baxter, et al.,**
Plaintiffs–Appellants,

v.

**David Miscavige, et al.,**
Defendants–Appellees.

### MOTION TO REMEDY THE DEFAULT REGARDING CERTIFICATE OF INTERESTED PERSONS DEFICIENCY AND VOLUNTARILY DISMISS DUPLICATIVE DOCKET ON BEHALF OF PLAINTIFFS-PETITIONERS GAWAIN BAXTER, LAURA BAXTER, AND VALESKA PARIS

On Appeal from the United States District Court
for the Middle District of Florida
Tampa Division
Case No. 8:22-cv-986-TPB-JSS

Joseph C. Kohn
Neil L. Glazer
Zahra R. Dean
Aarthi Manohar
Elias Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500

Gregory P. Hansel
(Fla. Bar No. 607101)
Shana M. Solomon
Elizabeth F. Quinby
PRETI FLAHERTY BELIVEAU &
PACHIOS, CHARTERED, LLP
One City Center

Philadelphia, PA 19103
Telephone: (215) 238-1700
jkohn@kohnswift.com
nglazer@kohnswift.com
zdean@kohnswift.com
amanohar@kohnswift.com
ekohn@kohnswift.com

Theodore Leopold
(Fla. Bar No. 705608)
Manuel J. Dominguez
(Fla. Bar No. 0054798)
COHEN MILSTEIN SELLERS
 & TOLL PLLC
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
jdominguez@cohenmilstein.com

Shelby Leighton
PUBLIC JUSTICE
1620 L St. NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
sleighton@publicjustice.net
ayandle@publicjustice.net

P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
ssolomon@preti.com
equinby@preti.com

Agnieszka M. Fryszman
Brendan Schneiderman
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., N.W.
Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
afryszman@cohenmilstein.com
bschneiderman@cohenmilstein.com

Warren A. Zimmerman
(Fla. Bar No. 652040)
WARREN A. ZIMMERMAN, P.A.
4114 Sparrow Ct
Lutz, FL  33558-2727
Telephone: (813) 230-1465
warren@wzimmermanlaw.com

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1 – 26.1-3, counsel for Petitioners certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and any publicly held corporation that owns 10% or more of a party's stock and identifiable legal entities related to a party:

- Barber, Thomas Patrick, United States District Judge
- Baxter, Gawain, Plaintiff-Petitioner
- Baxter, Laura, Plaintiff-Petitioner
- Bennett, Justin P., Attorney representing Defendant David Miscavige
- Cech Samole, Brigid F., attorney representing Respondent, Church of Scientology Flag Ship Service Organization, Inc.
- Church Of Scientology Flag Service Organization, Inc. (FSO), Defendant-Respondent
- Church Of Scientology Flag Ship Service Organization, Inc. (FSSO), Defendant-Respondent
- Church Of Scientology International, Inc., Defendant-Respondent

1

- Cohen Milstein Sellers & Toll PLLC, law firm representing Petitioners.

- Crespo, Janelly, attorney representing Respondent Religious Technology Center, Inc.

- Dean, Zahra R., attorney representing Petitioners.

- DLA Piper, US, LLP, law firm Representing Respondent Religious Technology Center, Inc.

- Dominguez, Manuel Juan., attorney representing Petitioners.

- Durham, Krystal C., attorney representing Defendant David Miscavige

- Forman, William Hobbes, attorney representing Respondent Church of Scientology International, Inc.

- Fryszman, Agnieszka M., attorney representing Petitioners.

- Glazer, Neil L., attorney representing Petitioners.

- Greenberg Traurig, P.A., law firm representing Respondent FSSO

- Gunster, Yoakley & Stewart, P.A., law firm representing Defendant David Miscavige

- Hansel, Gregory P., attorney representing Petitioners.

- Harris, Jr., Charles M., attorney representing Respondents FSO and FSSO

- International Association of Scientologists Administrations (IASA), Defendant-Respondent

- Johnson, Pope, Bokor, Ruppel & Burns, LLP, law firm representing Respondent IASA

- Kohn, Elias, attorney representing Petitioners.

- Kohn, Joseph C., attorney representing Petitioners.

- Kohn, Swift & Graf, P.C., law firm representing Petitioners.

- Leighton, Shelby, attorney representing Petitioners.

- Leopold, Theodore, attorney representing Petitioners.

- Manohar, Aarthi, attorney representing Petitioners.

- Martin, Diana, attorney representing Petitioners.

- Membiela, Gustavo Javier, attorney representing Respondent Church of Scientology International, Inc.

- Merenda, Brigid Anne, attorney representing Respondents FSO; FSSO

- Miscavige, David, Defendant

- Oprison, Christopher George, attorney representing Respondent Religious Technology Center, Inc.

- Pandher, Bethany J.M., attorney representing Respondent FSSO

- Paris, Valeska, Plaintiff-Petitioner

- Porter, Brian C., attorney representing Respondent FSSO

- Potter, Robert Vernon, attorney representing Respondent IASA Administrations, Inc.

- Preti Flaherty Beliveau & Pachios, Chartered, LLP, law firm representing Petitioners.

- Public Justice, nonprofit legal advocacy organization representing Petitioners.

- Quinby, Elizabeth F., attorney representing Petitioners.

- Religious Technology Center (RTC), Defendant-Respondent

- Schifino, Jr., William J., attorney representing Defendant David Miscavige

- Schneiderman, Brendan, attorney representing Petitioners.

- Solomon, Shana M., attorney representing Petitioners.

- Terry, Joseph Marshall, attorney representing Defendant David Miscavige

- Trenam, Kemker, Scharf, Barkin, Frye, O'neill & Mullis, law firm representing Respondents FSO and FSSO

- Warren A. Zimmerman, P.A., law firm representing Petitioners.

- Weinstein, David Barnett, attorney representing Respondent FSSO

- Williams & Connolly LLP, law firm representing Defendant David Miscavige

- Winston & Strawn LLP, law firm representing Respondent Church of Scientology International, Inc.

- Zimmerman, Warren A., attorney representing Petitioner.

4

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 — 26.1-3, Plaintiffs-Petitioners certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

## DISCUSSION

The Court notified Petitioners on August 16, 2023 that, pursuant to Eleventh Circuit Rules 26.1-5(c) and 42-1(b), Petitioners' Certificate of Interested Persons ("CIP") is deficient due to their failure to complete the Web-Based CIP on the Court's website and failure to file a standalone CIP. The Court's notice required Petitioners to remedy the defaults and file a motion to remedy the defaults within fourteen days of the notice. Petitioners have now remedied the default by submitting the web-based CIP on the Court's website and filing a standalone CIP on August 23, 2023.  Accordingly, Petitioners respectfully move to remedy the default.

Additionally, Plaintiffs submit this motion to request that this case, Docket # 23-90014, be dismissed, and that Plaintiffs' identical petition in Docket # 23-90013 proceed undisturbed. Plaintiffs' understanding is that the duplicative dockets were inadvertently created because Plaintiffs filed their petition electronically and also via mail. While the two matters have been consolidated, allowing both dockets to remain will result in unnecessary duplicative filing and burden both the parties' and the Court's resources. On August 17 and 18, 2023, Brendan R. Schneiderman, an associate at Cohen Milstein Sellers & Toll, spoke with Regina Gillis, an assistant

supervisor at the Eleventh Circuit Court of Appeals, for guidance on how to avoid this, and was advised to submit a motion asking the Court to remedy the duplicative dockets. Accordingly, Plaintiffs hereby move to have Docket # 23-90014 dismissed and allow only Docket # 23-90013 to proceed.

Dated: August 23, 2023                                  Respectfully submitted,

*/s/ Manuel J. Dominguez*
Manuel J. Dominguez
Florida Bar No. 0054798
COHEN MILSTEIN SELLERS
& TOLL PLLC
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
jdominguez@cohenmilstein.com

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This document complies with the word limit of FRAP 27(d)(2) because, excluding the parts of the document exempted by FRAP 32(f), this document contains 1,182 words. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system and the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated: August 23, 2023        /s/ Manuel J. Dominguez
                              Manuel J. Dominguez